

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rhonda Jean Farmer, Appellant

No. 06-14-00026-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42604-A). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Rhonda Jean Farmer, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 5, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk